U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JAN - 9 2014

TONY R. MO___, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| RECO RONTAZA WILLINGHAM | CIVIL ACTION NO. 13-0009 |
| VERSUS | JUDGE DONALD E. WALTER |
| JOSEPH P. YOUNG | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein and having thoroughly reviewed the record and concurring with the findings of the Magistrate Judge under the applicable law, and noting the lack of written objections;

**IT IS ORDERED** that the Plaintiff's petition is hereby **DENIED** and is **DISMISSED WITHOUT PREJUDICE.**

THUS DONE AND SIGNED, this 9th day of January 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE